*E-Filed 12/28/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BYRON JOHNSON,  No. C 10-05217 RS (PR)

    Plaintiff,  **ORDER OF DISMISSAL**

  v.

PELICAN BAY STATE PRISON,

    Defendant.

_____/

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff was granted 30 days to (1) pay the filing fee of $350.00, or (2) file an application to proceed *in forma pauperis* ("IFP"), or, if he failed to do either, face dismissal of the action. More than 30 have passed, and plaintiff has not paid the filing fee or filed an IFP application. Accordingly, the action is DISMISSED without prejudice. Plaintiff's motions (Docket Nos. 1, 4, 5, 6 & 7) are DENIED as moot. The Clerk shall enter judgment in favor of defendant, terminate the pending motions, and close the file. This order terminates Docket Nos. 1, 4, 5, 6 & 7.)

United States District Court
For the Northern District of California

A certificate of appealability will not issue. Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED**.

DATED: December 28, 2010

_____
RICHARD SEEBORG
United States District Judge